RECEIVED
BY: ⎯⎯⎯⎯
MAY 2 2 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LARRY H. COOK, JR. | CIVIL ACTION NO. 08-cv-0475 |
| VERSUS | JUDGE WALTER |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **affirmed** and Plaintiff's complaint is **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 20th day of May, 2009.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE